UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | No. 3:06-CR-136 |
| V. ) | (PHILLIPS/SHIRLEY) |
| ) | |
| ) | |
| ) | |
| JAMES ODELL ) | |

ORDER OF DETENTION PENDING TRIAL

An initial appearance on a Petition for Action on Conditions of Pretrial Release was held in this case on January 25, 2008. David Lewen, Assistant United States Attorney, was present representing the government, and Jonathan Wood was present representing the defendant. Upon motion of the government for detention pursuant to 18 U.S.C. § 3142(f)(1)(c), counsel for the defendant stating in open court that the defendant wished to waive his right to a detention hearing at this time and reserve the right to have a hearing at a later date, if appropriate, and the Court noting that the defendant would be allowed to waive his detention hearing, but in light of his previous absconding would likely have been detained anyway, and for good cause, the defendant is detained. The defendant was present and did not sign a waiver of detention hearing. For good cause, and by agreement of the defendant, this detention hearing is waived and the defendant is detained.

The defendant is aware of his rights to a prompt detention hearing and to require the government to meet its burden of proving that no conditions of release exist

which will reasonably assure his appearance in court and the safety of the community. The defendant knows that if his detention hearing is waived he will remain in custody while it is continued. The defendant acknowledged in open court that he understands his rights and the consequences of waiving his detention hearing.

For good cause shown, the defendant's request not to contest, and to waive the detention hearing is hereby **GRANTED.**

It is therefore **ORDERED** that:

(1) Defendant be detained.;

(2) Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

ENTER:

　s/ C. Clifford Shirley, Jr.　
United States Magistrate Judge